| Case No: | 18-17316 | AIH | Judge: ARTHUR I. HARRIS | Trustee Name: | SHELDON STEIN |
|---|---|---|---|---|---|
| Case Name: | ARTINO, AMIE L. | | | Date Filed (f) or Converted (c): | 12/10/18 (f) |
| | | | | 341(a) Meeting Date: | 01/14/19 |
| For Period Ending: 01/15/19 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Permanent Parcel No. 012-02-1 | 53,500.00 | 0.00 | | 0.00 | 1.00 |
| 2. Single-family home, Permanent Parcel No. 431-18-0 | 123,900.00 | 0.00 | | 0.00 | FA |
| 3. 2003 Chevrolet Astro Van (VIN: 1GNDM19X23B130874) | 1,997.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods and Used Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2 Dogs | 0.00 | 0.00 | | 0.00 | FA |
| 8. Cash on Hand | 25.00 | 0.00 | | 0.00 | FA |
| 9. Huntington National Bank ending 6893 | 535.00 | 0.00 | | 0.00 | FA |
| 10. IRA through EquiTrust Life Insurance Company | 27,541.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policy through National Guard | 0.00 | 0.00 | | 0.00 | FA |
| 12. Whole LIfe Insurance Policy throughthe Indepedent | 0.00 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES-Transfer to Trust (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $213,598.00 | $1.00 | | $0.00 | $2.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/14/19 - Trustee investigating the transfer of life insurance and the real estate.

Initial Projected Date of Final Report (TFR): 06/01/20        Current Projected Date of Final Report (TFR): 06/01/20

/s/    SHELDON STEIN

Date: 01/15/19

LFORM1    Ver: 21.00a

| | | | | |
|---|---|---|---|---|
| Case No: | 18-17316 | AIH  Judge: ARTHUR I. HARRIS | Trustee Name: | SHELDON STEIN |
| Case Name: | ARTINO, AMIE L. | | Date Filed (f) or Converted (c): | 12/10/18 (f) |
| | | | 341(a) Meeting Date: | 01/14/19 |
| | | | Claims Bar Date: | |

SHELDON STEIN