IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case No. 18-17316 |
| | ) | |
| Amie L. Artino | ) | Bankruptcy Judge Arthur I. Harris |
| | ) | |
| Debtor | ) | |

## NOTICE OF OBJECTION TO EXEMPTIONS

On January 17, 2019, the Trustee has filed papers with the court objecting to exemptions claimed on Schedule C.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant or sustain the objections, or if you want the court to consider your views on the objection, then on or before February 5, 2019, you or your lawyer must:

File a written response to the objections, explaining your position, at:

Clerk of Courts
United States Bankruptcy Court
Northern District of Ohio
H. M. Metzenbaum U.S. Court House
201 Superior Avenue
Cleveland, Ohio 44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Sheldon Stein, Trustee
Post Office Box 5606
Cleveland, Ohio 44101

Attend the hearing on the objection, scheduled for February 12, 2019, at 10:00 a.m. in courtroom 1A of United States Bankruptcy Court, H. M. Metzenbaum U. S. Court House 201 Superior, Cleveland, Ohio, 44114. The hearing may be adjourned by the court from time to time without further notice.

If you or your attorney do not take **all** of these steps, the court may decide that you do not oppose the relief sought, and may thereafter enter an order granting that relief without a hearing.

/s/ Sheldon Stein
Sheldon Stein (0007292)
Attorney for the Trustee
S. Stein Company LLC
50 Public Square, Ste. 2200
P.O. Box 5606
Cleveland, OH 44101
(216) 696-7449
(216) 696-5329 (fax)
ssteindocs@gmail.com

Certificate of Service

I certify that on January 17, 2019, a true and exact copy of this document was served:

Via the Courts Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

James Doran                    bk_department@amourgis.com

/s/ Sheldon Stein
Sheldon Stein
Attorney for the Trustee

2